IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| MARGARET FIELD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:_____ |
| | ) | |
| RONALD MASON, | ) | 05-40105-FDS |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

I hereby enter my appearance as local counsel in this case for Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan, incorrectly sued as BlueCross BlueShield of Illinois Health Insurance.

Date: June 28, 2005

                              Respectfully submitted,

By: _____
Susan G. Fentin
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, MA 01144
Telephone: 413.737.4753
Facsimile: 413.787.1941

Attorney for Wal-Mart Stores, Inc.
Associates' Health and Welfare Plan

## CERTIFICATE OF SERVICE

I hereby certify that this 28th day of June, 2005, I have caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** to:

Gary R. LeBlanc
20 Cross Street
Gardner, MA 01440

Foster & Bibeau
1445 Main Street
P.O. Box 679
Tewksbury, MA 01876

Peter V. Kent, P.C.
P. O. Box 2164
Danvers, MA 01923

John H. Bee
Gargiulo/Rudnick, LLP
66 Long Wharf
Boston, MA 02110

Margaret P. Cottonreader
Hartford Life and Accident Ins. Co.
P. O. Box 1810
Alpharetta, GA 30023-1810

[signature]