IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MARGARET FIELD, | ) |
| Plaintiff, | ) Case No.: |
| RONALD MASON, | ) **05-40105 FDS** |
| Defendant. | ) |

## MOTION FOR THOMAS H. LAWRENCE TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned submits this motion respectfully requesting that Thomas H. Lawrence be admitted *pro hac vice* for the purposes of representing Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan (the "Plan"), incorrectly sued as BlueCross BlueShield of Illinois Health Insurance, in this case. In conjunction herewith and attached hereto as Exhibit A, Mr. Lawrence submits a true and correct copy of an affidavit confirming the following: (1) that he is member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that the Court allow Thomas H. Lawrence to appear *pro hac vice* in this action.

Date: June 28, 2005

Respectfully submitted,

By: _____
Susan G. Fentin
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, MA 01144
Telephone: 413.737.4753
Facsimile: 413.787.1941

Attorney for Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan

## CERTIFICATE OF SERVICE

I hereby certify that this 28th day of June, 2005, I have caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing **MOTION FOR THOMAS H. LAWRENCE TO BE ADMITTED *PRO HAC VICE*** to:

Gary R. LeBlanc
20 Cross Street
Gardner, MA  01440

Foster & Bibeau
1445 Main Street
P.O. Box 679
Tewksbury, MA  01876

Peter V. Kent, P.C.
P. O. Box 2164
Danvers, MA  01923

John H. Bee
Gargiulo/Rudnick, LLP
66 Long Wharf
Boston, MA  02110

Margaret P. Cottonreader
Hartford Life and Accident Ins. Co.
P. O. Box 1810
Alpharetta, GA  30023-1810

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

MARGARET FIELD,            )
                           )
        Plaintiff,         )   Case No.:_____
                           )
RONALD MASON,              )   05-40105-FDS
                           )
        Defendant.         )

### AFFIDAVIT OF THOMAS H. LAWRENCE
### SUBMITTED PURSUANT TO LOCAL RULE 83.5.3

STATE OF TENNESSEE

COUNTY OF SHELBY

BEFORE ME, the undersigned authority, duly qualified in and for the State and County aforesaid, personally came and appeared Thomas H. Lawrence, a competent person of the full age of majority, who being by me first duly sworn, did depose and say:

1. I, Thomas H. Lawrence, State Bar of Texas Number 787884, and State Bar of Tennessee Number 17105, hereby apply to the Court for permission to appear and participate in the above-entitled action on behalf of Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan, incorrectly sued as BlueCross BlueShield of Illinois Health Insurance.

2. I am a member in the firm of Lawrence and Russell, LLP, 5050 Poplar Avenue, Suite 1717, Memphis, Tennessee 38157.

3. I am a member in good standing of every jurisdiction where I have been admitted to practice, and I am admitted to practice in the following United

States Courts: United States District Court for the Middle District of Tennessee (1995); United States District Court for the Western District of Tennessee (1995); United States District Court for Middle District of Arizona (1995); United States Courts of Appeals for the 3rd, 6th, 8th and 10th Circuits (1996); United States District Court for the District of Hawaii (1997); United States District Court for the Northern District of Texas (1997); United States Courts of Appeals for the 7th Circuit (1997); United States Courts of Appeals for the 4th and 9th Circuits (1998); United States District Court for the Eastern and Western Districts of Michigan (1998); United States District Court for the Southern District of Texas (1998); United States District Court for the Eastern District of Texas (1999); United States Court of Appeals for the 11th Circuit (1999); United States Court of Appeals for the 5th Circuit (2000); United States District Court for the Eastern and Western Districts of Arkansas (2000); United States District Court for the District of Colorado (2000); United States District Court for the Eastern and Western Districts of Wisconsin (2001), and the highest Court of the States of Texas (1993) and Tennessee (1995) and the Supreme Court of the United States (1998).

4.   There have been no disciplinary proceedings or criminal charges instituted against me.

5.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and affirm that I will abide by them.

FURTHER AFFIANT SAYETH NOT.

_____
Thomas H. Lawrence

SWORN TO AND SUBSCRIBED before me this 28th day of June, 2005.

_____
Notary Public

My Commission expires:

MY COMMISSION EXPIRES:
April 28, 2009

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MARGARET FIELD, | ) |
| Plaintiff, | ) Case No.: |
| RONALD MASON, | ) **05-40105-FDS** |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR THOMAS H. LAWRENCE TO BE ADMITTED *PRO HAC VICE*

On this day, the Court considered the motion for Thomas H. Lawrence to be admitted *pro hac vice* on behalf of Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan. The Court GRANTS the motion.

Date:_____

_____
UNITED STATES DISTRICT COURT JUDGE