IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MARGARET FIELD,<br><br>      Plaintiff,<br><br>v.<br><br>RONALD MASON,<br><br>      Defendant. | Civil Action No.: 4:05-CV-40105<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT, WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER AS TO DISTRIBUTION OF FUNDS |

      Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("Wal-Mart"), pursuant to Local Rule 7.1, moves this Honorable Court for an Order granting an extension of time to, and including, Wednesday, July 27, 2005, to serve its Response to Plaintiff's "Motion for Order as to Distribution of Funds." On July 6, 2005, counsel for Wal-Mart conferred with counsel for Plaintiff about this Motion and counsel for Plaintiff has no opposition to the requested extension. A proposed Order granting this Motion is attached.

Respectfully submitted,

Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Telephone: (413) 737-4753
Facsimile: (413) 787-1941


By: /s/ Susan G. Fentin
    Susan G. Fentin (BBO No. 632962)

    Thomas H. Lawrence[1]
    John M. Russell[2]
    LAWRENCE & RUSSELL, LLP
    5050 Poplar Avenue, Suite 1717
    Memphis, Tennessee  38157
    Telephone:  901.844.4433
    Facsimile:  901.844.4435

    Attorneys for Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan

---

[1] Motion for *pro hac vice* admission pending.
[2] Motion for *pro hac vice* admission forthcoming.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this 6th day of July, 2005, I have caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT, WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER AS TO DISTRIBUTION OF FUNDS to:

Gary R. LeBlanc
20 Cross Street
Gardner, MA  01440

Foster & Bibeau
1445 Main Street
P.O. Box 679
Tewksbury, MA  01876

Peter V. Kent, P.C.
P. O. Box 2164
Danvers, MA  01923

John H. Bee
Gargiulo/Rudnick, LLP
66 Long Wharf
Boston, MA  02110

Margaret P. Cottonreader
Hartford Life and Accident Ins. Co.
P. O. Box 1810
Alpharetta, GA  30023-1810


/s/ Susan G. Fentin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MARGARET FIELD,<br><br>   Plaintiff,<br><br>v.<br><br>RONALD MASON,<br><br>   Defendant. | Civil Action No.: 4:05-CV-40105<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT, WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER AS TO DISTRIBUTION OF FUNDS |

  On this date, the Court considered Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan's Unopposed Motion for Extension of Time to Respond to Plaintiff's "Motion for Order as to Distribution of Funds." Having considered this Motion and the record as a whole, the Court GRANTS the Motion.

  Accordingly, Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan has until, and including, Wednesday, July 27, 2005, to serve its Response to Plaintiff's Motion.

  Date: _____       _____
                    UNITED STATES DISTRICT COURT JUDGE