IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MARGARET FIELD,<br><br>      Plaintiff,<br><br>v.<br><br>RONALD MASON,<br><br>      Defendant. | Civil Action No.: 4:05-CV-40105<br><br>MOTION FOR EXTENSION OF TIME FOR DEFENDANT, WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER AS TO DISTRIBUTION OF FUNDS |

   Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("Wal-Mart"), pursuant to Local Rule 7.1, moves this Honorable Court for an Order granting an extension of time to, and including, Wednesday, August 3, 2005, to serve its Response to Plaintiff's "Motion for Order as to Distribution of Funds," due to a busy litigation schedule. On July 27, 2005, counsel for Wal-Mart attempted on numerous occasions to confer with counsel for Plaintiff about this Motion, but counsel for Wal-Mart was unable to reach counsel for Plaintiff. A proposed Order granting this Motion is attached.

          Respectfully submitted,

          Skoler, Abbott & Presser, P.C.
          One Monarch Place, Suite 2000
          Springfield, Massachusetts 01144
          Telephone: (413) 737-4753
          Facsimile: (413) 787-1941


By: /s/ Susan G. Fentin
      Susan G. Fentin (BBO No. 632962)

      Thomas H. Lawrence[1]
      John M. Russell[2]
      LAWRENCE & RUSSELL, LLP
      5050 Poplar Avenue, Suite 1717
      Memphis, Tennessee  38157
      Telephone:  901.844.4433
      Facsimile:  901.844.4435

      Attorneys for Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan

---

[1] Motion for *pro hac vice* admission pending.
[2] Motion for *pro hac vice* admission forthcoming.

## CERTIFICATE OF SERVICE

  I hereby certify that this 27th day of July, 2005, I have caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME FOR DEFENDANT, WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER AS TO DISTRIBUTION OF FUNDS to:

  Gary R. LeBlanc
  20 Cross Street
  Gardner, MA  01440

  Foster & Bibeau
  1445 Main Street
  P.O. Box 679
  Tewksbury, MA  01876

  Peter V. Kent, P.C.
  P. O. Box 2164
  Danvers, MA  01923

  John H. Bee
  Gargiulo/Rudnick, LLP
  66 Long Wharf
  Boston, MA  02110

  Margaret P. Cottonreader
  Hartford Life and Accident Ins. Co.
  P. O. Box 1810
  Alpharetta, GA  30023-1810

          /s/ Susan G. Fentin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MARGARET FIELD,<br><br>   Plaintiff,<br><br>v.<br><br>RONALD MASON,<br><br>   Defendant. | Civil Action No.: 4:05-CV-40105<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT, WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER AS TO DISTRIBUTION OF FUNDS |

  On this date, the Court considered Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan's Motion for Extension of Time to Respond to Plaintiff's "Motion for Order as to Distribution of Funds." Having considered this Motion and the record as a whole, the Court GRANTS the Motion.

  Accordingly, Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan has until, and including, Wednesday, August 3, 2005, to serve its Response to Plaintiff's Motion.

  Date: _____         _____
                      UNITED STATES DISTRICT COURT JUDGE