IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| MARGARET FIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Action No.: 05-40105-FDS |
| v. | ) | |
| | ) | |
| RONALD MASON, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN'S MOTION TO CONTINUE
<u>SCHEDULING CONFERENCE</u>**

Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("Defendant"), files this motion to continue the scheduling conference currently scheduled for Thursday, December 8, 2005. Plaintiff's counsel, Mr. Gary LeBlanc, has transferred his files, including this case, to another attorney for handling. The undersigned counsel has not yet been able to speak with Plaintiff's new attorney to prepare a proposed scheduling report.

Defendant respectfully requests that the Court continue the scheduling conference and reset the conference for a date in mid-January.

Respectfully submitted,

SKOLER, ABBOTT & PRESSER, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Telephone:  413.737.4753
Facsimile:  413.787.1941


By:  /s/ Susan G. Fentin
    Susan G. Fentin, Esq.
    (BBO No. 632962)

John M. Russell
LAWRENCE & RUSSELL, LLP
5050 Poplar Avenue, Suite 1717
Memphis, Tennessee  38157
Telephone:  901.844.4433
Facsimile:  901.844.4435

Attorneys for Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan

## CERTIFICATE OF SERVICE

      I hereby certify that this 5th day of December, 2005, I have caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

| | |
|---|---|
| Gary R. LeBlanc<br>20 Cross Street<br>Gardner, MA  01440 | John H. Bee<br>Gargiulo/Rudnick, LLP<br>66 Long Wharf<br>Boston, MA  02110 |
| Foster & Bibeau<br>1445 Main Street<br>P. O. Box 679<br>Tewksbury, MA  01876 | Margaret P. Cottonreader<br>Hartford Life and Accident Ins. Co.<br>P.O. Box 1810<br>Alpharetta, GA  30023-1810 |
| Peter V. Kent, P.C.<br>P. O. Box 2164<br>Danvers, MA  01923 | |

        /s/ Susan G. Fentin
        Susan G. Fentin, Esq.