IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MARGARET FIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Action No.: 05-40105-FDS |
| v. ) | |
| ) | |
| RONALD MASON, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN'S MOTION TO CONTINUE SCHEDULING CONFERENCE**

Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("Defendant"), files this motion to continue the scheduling conference currently scheduled for January 10, 2006. Plaintiff does not yet have counsel of record.

Defendant respectfully requests that the Court continue the scheduling conference and reset the conference in forty-five (45) days.

Respectfully submitted,

SKOLER, ABBOTT & PRESSER, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Telephone:  413.737.4753
Facsimile:  413.787.1941


By:  /s/ Susan G. Fentin
     Susan G. Fentin, Esq.
     (BBO No. 632962)

John M. Russell
LAWRENCE & RUSSELL, LLP
5050 Poplar Avenue, Suite 1717
Memphis, Tennessee  38157
Telephone:  901.844.4433
Facsimile:  901.844.4435

Attorneys for Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan

## CERTIFICATE OF SERVICE

I hereby certify that this 9th day of January, 2006, I have caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

Gary R. LeBlanc
20 Cross Street
Gardner, MA  01440

John H. Bee
Gargiulo/Rudnick, LLP
66 Long Wharf
Boston, MA  02110

Foster & Bibeau
1445 Main Street
P. O. Box 679
Tewksbury, MA  01876

Margaret P. Cottonreader
Hartford Life and Accident Ins. Co.
P.O. Box 1810
Alpharetta, GA  30023-1810

Peter V. Kent, P.C.
P. O. Box 2164
Danvers, MA  01923

 /s/ Susan G. Fentin
Susan G. Fentin, Esq.