BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTIFICATION OF TEMPORARY SUSPENSION
## TO COURT, AGENCY, OR TRIBUNAL

TO: United States District Court, District of Massachusetts
Court, Agency, or Tribunal

595 Main Street, Worcester, MA 01608
Address

Field Vs. Mason
(case caption)

4:05 cv 40105 FDS
(docket number)

NAME OF CLIENT:
Margaret Field

ADDRESS OF CLIENT:
183 Greenwood Street
Gardner, MA 01440

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been suspended from further practice of the law in the Commonwealth of Massachusetts and consequently am unable to act as an attorney after January 9, 2006, the effective date of temporary suspension. Enclosed are copies of the notices of temporary suspension which I have sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: 1-23-06     SIGNATURE: _____
                              Gary R. LeBlanc
                  ADDRESS: MCI Concord
                           W86473
                  TELEPHONE: Concord, MA 01742

Revised September 1997