IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| MARGARET FIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Action No.: 05-40105-FDS |
| v. ) | |
| ) | |
| RONALD MASON, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN'S MOTION TO CONTINUE SCHEDULING CONFERENCE**

Defendant, Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("Defendant"), files this motion to continue the scheduling conference currently scheduled for Thursday, February 16, 2006. Plaintiff's counsel, Mr. Gary LeBlanc, has transferred his files, including this case, to another attorney for handling. Plaintiff has not yet retained an attorney who will enter an appearance on the case. Further, Defendant's counsel has been in negotiation with the other lienholders in this case in an effort to resolve the case without further litigation. The parties need additional time to attempt to resolve the case. Defendant respectfully requests a 14-day continuance of the scheduling conference.

Respectfully submitted,

SKOLER, ABBOTT & PRESSER, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Telephone: 413.737.4753
Facsimile: 413.787.1941


By: /s/ Susan G. Fentin
    Susan G. Fentin (BBO No. 632962)

John M. Russell
LAWRENCE & RUSSELL, LLP
5050 Poplar Avenue, Suite 1717
Memphis, Tennessee 38157
Telephone: 901.844.4433
Facsimile: 901.844.4435

Attorneys for Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan

## **CERTIFICATE OF SERVICE**

I hereby certify that this 14th day of February, 2006, I have caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

| | |
|---|---|
| Gary R. LeBlanc<br>20 Cross Street<br>Gardner, MA  01440 | John H. Bee<br>Gargiulo/Rudnick, LLP<br>66 Long Wharf<br>Boston, MA  02110 |
| Foster & Bibeau<br>1445 Main Street<br>P. O. Box 679<br>Tewksbury, MA  01876 | Margaret P. Cottonreader<br>Hartford Life and Accident Ins. Co.<br>P.O. Box 1810<br>Alpharetta, GA  30023-1810 |
| Peter V. Kent, P.C.<br>P. O. Box 2164<br>Danvers, MA  01923 | |

/s/ Susan G. Fentin
Susan G. Fentin, Esq.